GREENBERG TRAURIG, LLP
Jeff E. Scott (SBN 126308)
Gregory A. Nylen (SBN 151129)
Thomas H. Godwin (SBN 255384)
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404
Telephone:  310-586-7700
Facsimile:  310-586-7800
Email:  scottj@gtlaw.com
 nyleng@gtlaw.com;
 godwint@gtlaw.com

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE KUN WU, as co-trustee of the WU LIVING TRUST, DATED 10-06-97 and MASTER EAGLE FINANCE LIMITED,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SWABPLUS, INC., SWABPLUS HOLDING, INC., SWABPLUS WORLDWIDE LIMITED, GARRY TSAUR, CHIEN HUA "JOHN" TSAO, HONG "JENNIFER" WANG, SHUNG I. "PETER" PAN, FLORENCE TSAO and DOES 1 - 10<br><br>　　　　　Defendants.<br>_____<br>AND RELATED THIRD PARTY CLAIMS AND CROSS-ACTIONS. | CASE NO. CV 08-07821 RGK (FFMx)<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: 11/26/08<br>Judge: Hon. R. Gary Klausner |

1  Having read and considered the Stipulation Re Dismissal with Prejudice of Entire
2  Action filed by the parties, the Court ORDERS that:
3  The above-captioned action (including the Complaint, the Third-Party Complaint
4  and any and all Cross-Claims) is dismissed with prejudice pursuant to Rule 41 of the
5  Federal Rules of Civil Procedure.  Each party shall bear its own fees and costs.

7  DATED:  October 13, 2009      _____
8                                 Hon. R. Gary Klausner